UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


WILLIAM J. WALKER, JR.,                    :
                                           :
          Plaintiff                        :
                                           :
     v.                                    :  CIVIL NO. 3:CV-15-0391
                                           :
JOHN E. WETZEL, *et al.*,                  :  (Judge Kosik)
                                           :
          Defendants                       :

## ORDER

**AND NOW, THIS 2nd DAY OF APRIL, 2015,** in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.   Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is construed as a
     motion to proceed without full prepayment of the filing fee and is
     **granted**.

2.   Plaintiff's motion for counsel (Doc. 4) is **denied without prejudice**.

3.   Plaintiff's motion for a copy of the complaint (Doc. 11) is **granted**.  The
     Clerk of Court is directed to provide Plaintiff with a copy of the
     complaint (Doc. 1).

4.   Any and all claims set forth in the complaint with respect to conduct
     occurring at SCI-Pittsburgh are **severed from this action and
     transferred to the United States District Court for the Western
     District of Pennsylvania** to proceed there, as set forth in the
     accompanying Memorandum.  The Clerk of Court is directed to forward
     a copy of the complaint and this order to said court so that said claims
     can proceed there.

5.   Within twenty (20) days from the date of this order, Plaintiff shall **file an**

**amended complaint** in the above action in this court with respect to the Eighth Amendment claims alleged to have occurred at SCI-Mahanoy and SCI-Smithfield.  The amended complaint shall be in strict accordance with the accompanying Memorandum and set forth the personal involvement of each Defendant alleged to have violated his rights.  The complaint shall carry the same civil docket number (3:15-CV-0391) presently assigned to this matter.  The Clerk of Court shall forward two blank § 1983 civil rights form complaints to Plaintiff for his use in filing an amended complaint.

6.    The Clerk of Court is further directed to **fax a copy of this order and the accompanying Memorandum, as well as Plaintiff's letter of April 1, 2015** (Doc. 10), to the Warden at SCI-Pittsburgh.

       s/Edwin M. Kosik
       EDWIN M. KOSIK
       United States District Judge